IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                                    INDICTMENT

KOLAWOLE A. OLAOGUN
 a/k/a Yomi Olagun

_____/

4:06cr83 - SPM/wcs

THE GRAND JURY CHARGES:

COUNT ONE

That on or about November 20, 2001, in the Northern District of Florida, the defendant,

KOLAWOLE A. OLAOGUN
a/k/a Yomi Olagun,

an alien, fully knowing he was not a United States citizen, did knowingly and willfully falsely

represent himself to be a citizen of the United States, for the purpose of registering to vote and

voting in a Federal, State, and local election, in violation of Title 18, United States Code, Section

1015(f).

COUNT TWO

That on or about September 13, 2002, in the Northern District of Florida, the defendant,

KOLAWOLE A. OLAOGUN
a/k/a Yomi Olagun,

an alien, fully knowing he was not a United States citizen, did knowingly and willfully falsely

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2006 NOV 14  PM 5. 17

FILED

represent himself to be a citizen of the United States, in violation of Title 18, United States Code, Section 911.

## COUNT THREE

That on or about November 5, 2002, in the Northern District of Florida, the defendant,

### KOLAWOLE A. OLAOGUN
### a/k/a Yomi Olagun,

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for a member of the House of Representatives of the United States, in violation of Title 18, United States Code, Section 611.

## COUNT FOUR

That on or about November 2, 2004, in the Northern District of Florida, the defendant,

### KOLAWOLE A. OLAOGUN
### a/k/a Yomi Olagun,

an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President of the United States, in violation of Title 18, United States Code, Section 611.

A TRUE BILL:

REDACTED

FOREPERSON

__November 14, 2006__
DATE

GREGORY R. MILLER
United States Attorney

WINIFRED L. ACOSTA NESMITH
Assistant United States Attorney

2