**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA**

**v.**                                                  **Case no.  4:06CR83-SPM**

**KOLAWOLE OLAOGUN
  a/k/a Yomi Olagun**
_____/

## GOVERNMENT'S EXHIBIT LIST

THE UNITED STATES OF AMERICA, by and through the undersigned Assistant

United States Attorney provides this list of exhibits that may be offered in evidence at trial of the

captioned case:

| *EXHIBIT DESCRIPTION* | *EXHIBIT NO.* |
|---|---|
| LPR Memo | 1 |
| 1st Application for citizenship | 2A |
| Denial Letter | 2B |
| 2nd Application for citizenship | 3A |
| copy of Defendant's green card | 3B |
| Defendant's written statement | 3C |
| Voter Registration | 4 |
| Change of Address form | 5 |
| Election Ballot - November 2002 | 6A |
| Presidential Election Ballot - 2004 | 6B |
| Defendant's voter identification card | 7 |
| I-9 employment form | 8 |
| Stipulation | 9 |
| Waiver of rights | 10 |

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
FLA.

2007 JAN 16  PH 4: 14

RECEIVED
Filed

Respectfully submitted,
GREGORY R. MILLER
United States Attorney

WINIFRED L. ACOSTA NESMITH
Assistant United States Attorney
FL Bar No. 0076333
111 N. Adams Street, 4th Floor
Tallahassee, Florida 32301

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished in

person on this 16th day of January, 2007 to:

Randolph P. Murrell
Federal Public Defender
227 N. Bronough Street, Suite 4200
Tallahassee, FL 32301

WINIFRED L. ACOSTA NESMITH
Assistant United States Attorney

2