# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**v.**

Case No: 4:06cr00083-SPM

**KOLAWOLE A. OLAOGUN**

_____/

## VERDICT

COUNT 1

We, the jury, unanimously find the Defendant, KOLAWOLE A. OLAOGUN:

✓       GUILTY of the offense of Falsely claiming U.S. citizenship for the purpose of registering to vote.

_____       NOT GUILTY

COUNT 2

We, the jury, unanimously find the Defendant, KOLAWOLE A. OLAOGUN:

✓       GUILTY of the offense of Falsely claiming U.S. citizenship.

_____       NOT GUILTY

COUNT 3

We, the jury, unanimously find the Defendant, KOLAWOLE A. OLAOGUN:

✓       GUILTY of the offense of Illegal voting for a member of the House of Representatives.

_____       NOT GUILTY

FILED IN OPEN COURT

_____    1-17-07
Initials            Date

## COUNT 4

We, the jury, unanimously find the Defendant, KOLAWOLE A. OLAOGUN:

___✓___    GUILTY of the offense of Illegal voting for the office of U.S. President.

_____    NOT GUILTY

SO SAY WE ALL on this __17th__ day of January, 2007.

Redacted