<table>
<tr><td>

**PLEASE REPLY TO:**
**111 N. ADAMS ST, SUITE 100**
**TALLAHASSEE, FL 32301-7730**
**(850)521-3551**
**Fax (850)521-3579**

</td><td>

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PROBATION OFFICE**

</td><td>

**W. STEPHEN TOWNLEY**
**CHIEF U.S. PROBATION OFFICER**
**119 N. PALAFOX STREET**
**PENSACOLA, FL 32502**
**(850)470-8200**

</td></tr>
</table>

March 19, 2007

Randolph P. Murrell
Attorney at Law
227 N. Bronough Street, Suite 4200
Tallahassee, Florida 32301

RE:    Kolawole A. OLAOGUN
DKT # 4:06CR83-01
PRESENTENCE REPORT

Dear Mr. Murrell:

This letter accompanies the Presentence Report on the above named person, who is scheduled to be sentenced on April 23, 2007. One copy of this report should be provided to and discussed with your client prior to the sentencing hearing. **Pursuant to Rule 32(f)(1) and (2) of the Federal Rules of Criminal Procedure, any objections must be submitted in writing to the undersigned at Tallahassee, and opposing counsel, by April 2, 2007**.

The Presentence Report is herein transmitted to the U.S. Attorney's Office.

Please note that Local Rule 88.1(D) directs that, "No person shall otherwise disclose, copy, reproduce, deface, delete from or add to any report within the purview of this rule."

Sincerely yours,

*s/Janet A. Williams*
Janet A. Williams
U.S. Probation Officer

JAW/aw

Attachment: Presentence Report

cc:    Winifred L. Acosta NeSmith (w/attachment)
       Assistant U.S. Attorney

       Mr. William McCool
       U.S. District Court
       111 North Adams Street, Suite 322
       Tallahassee, Florida 32301-7717